*Law Offices of*
# SUSAN CHANA LASK

*244 Fifth Avenue, Suite 2369*
*New York, N.Y.  10001*

(917) 300-1958                                     www.appellate-brief.com

VIA E-FILING

February 20, 2018

Honrable Nelson S. Román

United States Courthouse
300 Quarropas St., Courtroom 218
White Plains, NY 10601-4150

Re:  US v Atiq Butt #18 Cr 87

Dear Honrable Judge Román:

    I represent Defendant Atiq Butt.

    At the direction of the court, I am confirming a February 23, 2018 11:15 case conference in your courtroom.  All counsel are notified by this filing.  The government understands to have Mr. Butt produced at the conference.

    Thank you for your time in this matter.

    Very truly yours,
**LAW OFFICES OF SUSAN CHANA LASK**

*(signature)*

**SUSAN CHANA LASK**