**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
Email: DanielParker @ aol.com

June 7, 2018

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  ***United States v. Atiq Butt***
**18 Cr 87 (NSR)**

Dear Judge Roman:

I am the attorney for Atiq Butt, the defendant in the above-captioned matter. I write requesting that the Court address what I perceive to be Mr. Butt's request that new counsel be appointed to represent him at the conference scheduled for June 20, 2018 at 11:30 a.m.

Today, I met with Mr. Butt at the MDC and he advised me that he is "terminating" me. He did not advise me whether he has retained new counsel (originally, he had hired an attorney with whom he was dissatisfied and who I replaced).

There is currently a conference set for June 20th and I respectfully request that the Court address this issue on that date. Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker

cc: AUSA Nichols (by email)