CAMILLE M. ABATE, ESQ.

ATTORNEY AT LAW

━━━━━━●•O•●━━━━━━

Of Counsel, Nicholas Goodman & Associates
30 West 22nd Street, Suite 2E, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

June 18, 2018

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: United States v. Atiq Butt, 18 Cr. 00087 (NSR)**
**Request for Adjournment of Court Conference**

Dear Judge Roman:

    I have been retained on the above-captioned matter and have filed a Notice of Appearance via ECF. I respectfully request a brief adjournment of the court conference currently scheduled for Wednesday, June 20, 2018 until either next Wednesday, June 27, or Thursday, June 28, at any time convenient to the Court.

    The reason for this request is because I am required to appear for jury duty this week in Mercer County, New Jersey. I must call in each evening and be available for the next day if needed.

    I have discussed this request with Assistant United States Attorney Allison Nichols, and she has no objection to the adjournment.

Sincerely,

Camille M. Abate
Attorney for Atiq Butt

cc: AUSA Allison Nichols (via ECF)