**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
Email: DanielParker @ aol.com

June 19, 2018

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Atiq Butt*
    **18 Cr 87 (NSR)**

Dear Judge Roman:

I am the attorney for Atiq Butt, appointed pursuant to the Criminal Justice Act to represent the defendant in the above-captioned matter.

Mr. Butt has retained new counsel, Camille Abate, Esq., who filed a Notice of Appearance on Sunday June 17, 2018. Ms. Abate also filed a letter yesterday requesting that the conference scheduled for tomorrow be adjourned.

I write requesting that the Court relieve me and excuse my appearance from the next scheduled conference.

I will provide Ms. Abate with a copy of the file in this case.

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker

cc: AUSA Nichols (by email)